TONY WEST
Assistant Attorney General

MELINDA HAAG (CA Bar No. 132612)
United States Attorney
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
STEVEN J. SALTIEL (CA Bar No. 202292)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6996
    Facsimile: (415) 436-6748
    e-mail: steven.saltiel@usdoj.gov

JOYCE R. BRANDA
MICHAL TINGLE
ANDREW A. STEINBERG
    U.S. Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-1437

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO HEADQUARTERS

| | |
|---|---|
| UNITED STATES *ex rel.* JERRY H. BROWN, II,<br><br>    Plaintiffs,<br><br>v.<br><br>APL LIMITED, et al.,<br><br>    Defendants. | No. C 04-4424 MEJ<br><br>**STIPULATION OF DISMISSAL;**<br>**[PROPOSED] ORDER** |

    1. The United States of America and Relator Jerry H. Brown II, by and through their undersigned attorneys, hereby stipulate to the dismissal of this action as to Defendants Maersk Line Limited and A.P. Moller – Maersk Group (collectively, "Maersk Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1), in accordance with the Settlement Agreement and the terms set forth below.

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
C 04-4424 MEJ

2. The United States, the Relator, and the Maersk Defendants have entered into a Settlement Agreement, which was fully executed on December 20, 2011, compromising certain civil claims and causes of action against the Maersk Defendants set forth in the Relator's qui tam complaint, and other claims. In addition, the United States and the Relator have settled any and all claims and causes of action that the Relator may have against the United States under the False Claims Act, 31 U.S.C. § 3730(d), for a share of the United States' recovery from the Maersk Defendants under the Settlement Agreement. The Relator and the Maersk Defendants also have settled any and all claims and causes of action that the Relator may have against the Maersk Defendants under 31 U.S.C. § 3730(d)(1) for expenses, attorney fees and costs.

3. The United States and the Relator previously settled all claims and causes of action set forth in the Relator's qui tam complaint against Defendants APL Limited and NOL Group. On March 19, 2009, the Court entered an order dismissing all such claims and causes of action in the qui tam complaint against Defendants APL Limited and NOL Group. Therefore, the Maersk Defendants are presently the only remaining defendants in this action.

4. Accordingly, the United States and the Relator hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), to dismissal of this action against the Maersk Defendants pursuant to the terms and conditions of the Settlement Agreement. Dismissal shall be with prejudice to the Relator, and with prejudice to the United States to the extent of the "FCA Covered Conduct" as that term is defined in the Settlement Agreement, but otherwise without prejudice to the United States.

5. The United States, the Relator, and the Maersk Defendants further have agreed that except as otherwise provided in the Settlement Agreement, each party shall bear its own legal and other costs incurred in connection with this matter.

6. A stipulated dismissal under Fed. R. Civ. P. 41(a) (1) is appropriate because the qui tam complaint has not been served upon the Maersk Defendants, and therefore, the Maersk Defendants have not filed answers to the qui tam complaint.

A proposed order accompanies this stipulation.

|   |   |   |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | DATED: January 17, 2012 | TONY WEST |
| 3 | | Assistant Attorney General |
| 4 | | MELINDA HAAG<br>United States Attorney |
| 5 | | |
| 6 | | */signature/* |
| 7 | | STEVEN J. SALTIEL<br>Assistant United States Attorney |
| 8 | | |
| 9 | DATED: January  , 2012 | LAW OFFICES OF PAUL D. SCOTT |
| 10 | | *please see attached* |
| 11 | | PAUL D. SCOTT |
| 12 | | Attorney for Relator |

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
C 04-4424 MEJ                                                                                     3

1  IT IS SO STIPULATED.

2  DATED: January   , 2012          TONY WEST
3                                   Assistant Attorney General

4                                   MELINDA HAAG
                                    United States Attorney
5

6                                   _____
                                    STEVEN J. SALTIEL
7                                   Assistant United States Attorney

8

9  DATED: January [ ], 2012         LAW OFFICES OF PAUL D. SCOTT
10
                                    _____
11                                  PAUL D. SCOTT
                                    Attorney for Relator
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
C 04-4424 MEJ                                    3

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1. This action is dismissed as to Defendants Maersk Line Limited and A.P. Moller – Maersk Group pursuant to the terms and conditions of the Settlement Agreement among the United States, the Relator, and the Maersk Defendants.  Dismissal is with prejudice to the Relator, and with prejudice to the United States to the extent of the "FCA Covered Conduct" as that term is defined in the Settlement Agreement, but otherwise without prejudice to the United States;

2. Except as expressly provided to the contrary in the Settlement Agreement, each party shall bear its own legal and other costs incurred in connection with this matter; and

3. The Court shall retain jurisdiction over any disputes that may arise concerning compliance with the Settlement Agreement.

IT IS SO ORDERED.

Dated: 1/18/2012

HON. MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
C 04-4424 MEJ